IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | Case No. 4:20-CR-210 |
| § | Judge Mazzant |
| TOMMY RAY WILLIAMS (01) and § | |
| WHITNEY JANE LAW (02) § | |

**GOVERNMENT'S FIRST NOTICE OF INTENT TO OFFER CERTIFIED
DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

Pursuant to Federal Rules of Evidence 902(11) and 803(6), the United States hereby provides notice that it intends to or may offer the following records, certified pursuant to Fed. R. Evid. 902(11) and 803(6), as evidence at the trial of this case:

| RECORDS SUBJECT TO NOTICE |
|---|
| 1. Records of America Plans and Permits, with records custodian declaration |
| 2. Records from First National Bank Texas related to account number XXXXX4547, in the name of "Whitney Law," with records custodian declaration |
| 3. Records from First National Bank Texas related to account number XXXXX7900, in the name of "Whitney Law, DBA WJL Home Remodel," with records custodian declaration |
| 4. Records from Bank of America, N.A., related to account number XXXXX7089, in the name of "Whitney Jane Law sole proprietor DBA WJL Home Remodel" with records custodian declaration |
| 5. Records of Beaty Funeral Home, with records custodian declaration |
| 6. Records of Chickasaw Casino a/k/a WinStar World Casino, with records custodian declaration |

| RECORDS SUBJECT TO NOTICE |
|---|
| 7. Records of DFW Cars, with records custodian declaration |
| 8. Records of High Creek Motors with records custodian declaration |
| 9. Records of Home Advisor with records custodian declaration |
| 10. Records of Horseshoe Bay Bossier Casino and Hotel, with records custodian declaration |
| 11. Records of Oath Holdings Inc., with records custodian declaration |
| 12. Records of PLS Check Cashers, with records custodian declaration |
| 13. Records of Square, Inc., with records custodian declaration |
| 14. Records of Townsquare Media, Inc. / Townsquare Interactive, LLC, with records custodian declaration |

To the Government's knowledge, copies of the above records and records custodian declarations have been provided to Counsel for Defendants by copy or for review.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

   /s/ Thomas E. Gibson
BY:   THOMAS E. GIBSON
Assistant United States Attorney
Texas State Bar No. 07875450
101 East Park Boulevard, Suite 500
Plano, Texas 75074
972-509-1201
Fax: 972-509-1209
Email:  tom.gibson@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2021, I electronically served a true and correct copy of this document on Defendants' counsel of record by means of the Court's CM-ECF system.

                                        /s/ *Thomas E. Gibson*
                                        Thomas E. Gibson